IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-382-04-JEC-LTW |
| VICENTE MARTINEZ-ESPINOZA, | |
| Defendant. | |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [88] recommending accepting defendant's plea of guilty tendered on May 21, 2014. No objections to the Report and Recommendation [88] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [88] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 30th day of June, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)